UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TAYJUAN FLETCHER,

            Plaintiff,

   v.

KING COUNTY,

            Defendant.

Case No. C24-611-MJP-MLP

ORDER

    Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    The Clerk is directed to send copies of this Order to the parties and to the Honorable Marsha J. Pechman.

    Dated this <u>26th</u> day of February, 2025.

Marsha J. Pechman
United States District Judge

ORDER - 1